FILED

2003 OCT 17  P 12: 39

U.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
|     Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD, ET AL, | | |
|     Defendant. | : | OCTOBER 16, 2003 |

## APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of the undersigned, in addition to counsel already on record,

on behalf of the Defendants, City of Hartford, Robert Rudewicz, Mark Rudewicz and Michael

Manzi, in the above-captioned action:

> Lori Rittman Clark
> Fed. Bar No. CT 19908
> Sabia & Hartley, LLC
> 190 Trumbull Street, Suite 202
> Hartford, CT 06103
> (860) 541-2077

**DEFENDANTS, CITY OF HARTFORD,
ROBERT RUDEWICZ, MARK RUDEWICZ
AND MICHAEL MANZI,**

By:_____
Lori Rittman Clark

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 16th day of October, 2003 to:

James S. Brewer, Esq.                    Gregg P. Goumas, Esq.
Erin I. O'Neil-Baker                     Shipman & Goodwin LLP
818 Farmington Avenue                    One American Row
West Hartford, CT 06119                  Hartford, CT 06103



_____
Lori Rittman Clark


F:\WPDOCS\City of Hartford\Cody\appearance.lc.wpd

- 2 -