UNITED STATE DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

2003 NOV -5  P 2: 46

| | |
|---|---|
| ANN M. CODY,<br>        PLAINTIFF, | :    CIVIL ACTION NO.<br>:    3:02CV1789(SRU) |
| vs. | : |
| THE CITY OF HARTFORD,<br>        DEFENDANTS. | :<br>:    NOVEMBER 03, 2003 |

### MOTION FOR EXTENSION OF TIME

The Plaintiff, pursuant to LOCAL R. CIV. P. 9(b) and FED. R. CIV. P. 6, hereby moves for an extension of time for the end of discovery. The plaintiff requests an extension of 30 days until and including January 31, 2004 to respond. The defendant's counsel does not object.

BY:_____
Erin I. O'Neil
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar #ct 23073
Tel.: (860)523-4055
Fax: (860) 233-4215

## CERTIFICATION

This is to certify that the foregoing has been sent, postage pre-paid, on November 03, 2003 to all counsel and pro se parties of record:

Jill Hartley
Sabia & Hartley
190 Trumbull Street
Hartford, CT 06103

Clerk
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Erin L. O'Neil, Esq.