UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV -5 P 2: 46
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| ANN M. CODY, <br>     PLAINTIFF, | : CIVIL ACTION NO. <br> : 3:02CV1789(SRU) |
| vs. | : |
| THE CITY OF HARTFORD, <br>     DEFENDANTS. | : <br> : NOVEMBER 03, 2003 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff, pursuant to LOCAL R. CIV. P. 9(b) and FED. R. CIV. P. 6, hereby moves for an extension of time for the end of discovery. The plaintiff requests an extension of 30 days until and including January 31, 2004 to respond. The defendant's counsel does not object.

BY: _[signature]_
Erin I. O'Neil
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar #ct 23073
Tel.: (860)523-4055
Fax: (860) 233-4215

---

Motion Granted.
Discovery cutoff date January 31, 2004
Dispositive Motions Due by February 29, 2004
SO ORDERED
11/12/03
Stefan R. Underhill, U.S.D.J.

2003 NOV 13 A 8:07
US DISTRICT COURT
BRIDGEPORT CT