UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
|     Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD, et al. | | |
|     Defendants. | : | NOVEMBER 12, 2003 |

### DEFENDANTS' MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure 37, the Defendant, City of Hartford ("Defendant"), moves the Court to enter an order compelling the Plaintiff to produce a copy of the videotape she watched as part of her preparation for her deposition.

The undersigned certifies that on November 3, 2003, she spoke with Plaintiff's counsel, Erin O'Neil, in an attempt to resolve this dispute without the need for Court intervention. The undersigned also received a letter from Erin O'Neil dated November 3, 2003 regarding this discovery dispute. Plaintiff's counsel objects to the production of the videotape, claiming that it is protected by the attorney-client privilege.

**NO ORAL ARGUMENT REQUESTED**

WHEREFORE, the Defendant respectfully requests the Court to enter an order compelling the Plaintiff to produce a copy of the videotape the Plaintiff watched as part of her deposition preparation.

        **RESPECTFULLY SUBMITTED**

        **DEFENDANTS, CITY OF HARTFORD, ROBERT RUDEWICZ, MARK RUDEWICZ AND MICHAEL MANZI**

By_____
        Lori Rittman Clark
        Federal Bar CT 19908
        Sabia & Hartley, LLC
        190 Trumbull Street, Suite 202
        Hartford, CT 06103
        Telephone: (860) 541-2077
        Facsimile: (860) 713-8944

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this 12th day of November, 2003 to James S. Brewer, Esq., and Erin O'Neil, Esq., 818 Farmington Avenue, West Hartford, CT 06119.

                                                                                                Lori Rittman Clark

E:\WPDOCS\City of Hartford\Cody\mot.compel.wpd