UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 19 P 12: 32

| | |
|---|---|
| ANN M. CODY, <br>     PLAINTIFF, | :    CIVIL ACTION NO. <br> :    3:02CV1789(SRU) |
| vs. | : |
| THE CITY OF HARTFORD, ET AL., <br>     DEFENDANTS. | : <br> :    November 18, 2003 |

## MOTION FOR EXTENSION OF TIME

The parties, pursuant to LOCAL R. CIV. P. 9(b) and FED. R. CIV. P. 6, hereby moves for an extension of time to extend the discovery deadline. Currently the discovery deadline is November 28, 2003. The plaintiff requests an extension of 30 days until and including December 28, 2003 for the close of discovery. This is the plaintiff's first motion to extend time. Defendant counsel has been contacted and has no objection.

BY: _____
Erin O'Neil
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar #CT 23073
Tel.: (860)523-4055
Fax: (860) 233-4215

GRANTED; ABSENT OBJECTION.
SO ORDERED. _____
Stefan R. Underhill, U.S.D.J.

2003 NOV 24 P 4: 3
US DISTRICT COURT
BRIDGEPORT CT