02CV1789 MEXTTIME
FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC 18  P 12: 21

| | | |
|---|---|---|
| ANN M. CODY,<br>   PLAINTIFF, | : | CIVIL ACTION NO.<br>3:02CV1789 (SRU) |
| vs. | : | |
| THE CITY OF HARTFORD, ET AL.,<br>   DEFENDANTS. | : | December 17, 2003 |

## JOINT MOTION FOR EXTENSION OF TIME

The parties, pursuant to LOCAL R. CIV. P. 9(b) and FED. R. CIV. P. 6, hereby moves for a joint extension of time to extend the discovery deadline. Currently the discovery deadline is December 28, 2003. Both parties request an extension of 30 days until and including January 31, 2004 for the close of discovery due to busy deposition schedules and motion preparation.

BY: _____
James S. Brewer
Erin O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
Federal Bar #CT 23073
Tel.: (860)523-4055
Fax: (860) 233-4215

Motion Granted.
Discovery cutoff date January 31, 2004
Dispositive Motions Due by February 29, 2004
SO ORDERED
12/19/03
Stefan R. Underhill, U.S.D.J.