UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
|    Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD; ROBERT RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS ACTING CHIEF OF THE HARTFORD POLICE DEPARTMENT; MARK RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS SERGEANT OF THE HARTFORD POLICE DEPARTMENT; and MICHAEL MANZI, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS LIEUTENANT OF THE HARTFORD POLICE DEPARTMENT | | |
|    Defendants. | : | JANUARY 20, 2004 |

## MOTION FOR WITHDRAWAL OF DEFENDANT'S MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER

Defendant, City of Hartford, ("Defendant") moves to withdraw its January 15, 2004 Motion to Quash Subpoena and for a Protective Order (the "Motion") in regard to the deposition of Chief Mark Pawlina as the parties were able to resolve this discovery dispute.

**ORAL ARGUMENT NOT REQUESTED.**

WHEREFORE, Defendant respectfully requests that this Court enter an order for the withdrawal of Defendant's Motion.

**DEFENDANT, CITY OF HARTFORD**

By_____
Jill Hartley
Federal Bar CT 10570
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: (860) 541-2077
Facsimile: (860) 713-8944
Its Attorneys

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by facsimile and first class, postage prepaid, this 20th day of January, 2004 to James S. Brewer, Esq. and Erin I. O'Neil-Baker, Esq., Brewer & O'Neil, LLC, 818 Farmington Avenue, West Hartford, CT 06119.

_____
Jill Hartley

E:\WPDOCS\City of Hartford\Cody\withdraw.mot.protective.order.wpd