FILED

2004 JAN 22  P 1: 28

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
|    Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD, et al. | | |
|    Defendants. | : | JANUARY 20, 2004 |

### WITHDRAWAL OF DEFENDANTS' MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER

Defendant, City of Hartford, hereby withdraws its Motion to Quash Subpoena and for a Protective Order, based upon the additional reasons articulated in the letter from Plaintiff's Counsel dated January 20, 2004.

                                        RESPECTFULLY SUBMITTED
                                        DEFENDANTS, CITY OF HARTFORD,
                                        ROBERT RUDEWICZ, MARK RUDEWICZ
                                        AND MICHAEL MANZI

                                        By_____
                                            Jill Hartley
                                            Fed. Bar No. CT 10570
                                            Lori Rittman Clark
                                            Federal Bar CT 19908
                                            Sabia & Hartley, LLC
                                            190 Trumbull Street, Suite 202
                                            Hartford, CT 06103
                                            Telephone: (860) 541-2077
                                            Facsimile: (860) 713-8944

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this 20th day of January, 2004 to James S. Brewer, Esq., and Erin O'Neil, Esq., 818 Farmington Avenue, West Hartford, CT 06119.

Lori Rittman Clark

E:\WPDOCS\City of Hartford\Cody\mot.withdraw.protective.order.wpd

- 2 -