FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 22 P 1: 33

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
|     Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD; ROBERT RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS ACTING CHIEF OF THE HARTFORD POLICE DEPARTMENT; MARK RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS SERGEANT OF THE HARTFORD POLICE DEPARTMENT; and MICHAEL MANZI, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS LIEUTENANT OF THE HARTFORD POLICE DEPARTMENT | | |
|     Defendants. | : | JANUARY 20, 2004 |

### MOTION FOR WITHDRAWAL OF DEFENDANT'S MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER

Defendant, City of Hartford, ("Defendant") moves to withdraw its January 15, 2004 Motion to Quash Subpoena and for a Protective Order (the "Motion") in regard to the deposition of Chief Mark Pawlina as the parties were able to resolve this discovery dispute.

ORAL ARGUMENT NOT REQUESTED.

MOTION GRANTED.
SO ORDERED.

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944