02cv1789mquash

*Denied as moot, hearing having been withdrawn. So ordered.*
*/s/ SRU 1/27/04*

FILED

2004 JAN 16 P 12:02

U.S. DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1789(SRU) |
| v. | : | |
| CITY OF HARTFORD, et al. | : | |
| Defendants. | : | JANUARY 15, 2004 |

2004 JAN 27 A 11:26

## DEFENDANTS' MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER

Pursuant to Federal Rules of Civil Procedure 26(c) and 45(c)(3)(A)(iv), the Defendant, City of Hartford ("Hartford"), respectfully moves the Court to quash the subpoena directed to Acting Police Chief Mark Pawlina ("Pawlina") and enter a protective order precluding the Plaintiff from taking Pawlina's deposition in this case. In support of this motion, Hartford represents that Pawlina has no personal knowledge of any of the issues in this case and is not implicated in any relevant documents.

Plaintiff's counsel has articulated two bases for seeking Pawlina's deposition in this case, neither of which is valid. First, Plaintiff's counsel believes that Pawlina supervised Community Service Officers, including Plaintiff, at the time that Plaintiff served as a Community Service Officer. This is not the case: Pawlina did not supervise Community

**ORAL ARGUMENT REQUESTED**