UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ANN CODY,** | : | CIVIL ACTION NO. |
|     Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| **CITY OF HARTFORD; ROBERT RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS ACTING CHIEF OF THE HARTFORD POLICE DEPARTMENT; MARK RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS SERGEANT OF THE HARTFORD POLICE DEPARTMENT; and MICHAEL MANZI, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS LIEUTENANT OF THE HARTFORD POLICE DEPARTMENT** | | |
|     Defendants. | : | **JANUARY 30, 2004** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

    The Defendants, City of Hartford, Robert Rudewicz, Mark Rudewicz and Michael Manzi (collectively "Defendants"), hereby move, pursuant to Fed. R. Civ. P. 6(b) and Rule 9(b) of the Local Rules of Civil Procedure, for an extension of time until March 5, 2004, within which to complete discovery. In support of their Motion, Defendants represent as follows:

1.    The current deadline for the completion of discovery is January 31, 2004.

2.    Although the parties are actively attempting to complete discovery, due to scheduling conflicts, the following depositions have not yet been taken but will be taken by March 5th: Captain Michael Fallon (to be noticed by Plaintiff for February 25, 2004); Chief Mark Pawlina

(to be noticed by Plaintiff for March 1, 2004); and Officer Thomas Hardwick (to be noticed by Defendants).

3. Plaintiff has no objection to this requested extension of time.

4. This is the first request by Defendants for an extension of time with respect to this deadline.

5. Trial has not yet been scheduled in this matter.

WHEREFORE, Defendants respectfully request that this Court grant them an extension of the January 31, 2004 discovery deadline until March 5, 2004, for the sole purpose of conducting the three depositions referenced above.

**DEFENDANTS, CITY OF HARTFORD ROBERT RUDEWICZ, MARK RUDEWICZ AND MICHAEL MANZI**

By_____
    Jill Hartley
    Federal Bar CT 10570
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    Telephone: (860) 541-2077
    Facsimile: (860) 713-8944
    Their Attorneys

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by facsimile and first class, postage prepaid, this 30th day of January, 2004 to James S. Brewer, Esq. and Erin I. O'Neil-Baker, Esq., Brewer & O'Neil, LLC, 818 Farmington Avenue, West Hartford, CT 06119.

                                                                                                _____

                                                                                                Jill Hartley

E:\WPDOCS\City of Hartford\Cody\extend.time.complete.depo.wpd