UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -3  P 12: 30

US DISTRICT...
BRIDGEPORT

| | |
|---|---|
| ANN M. CODY, | : CIVIL ACTION NO. |
| PLAINTIFF, | : 3:02CV1789(SRU) |
| vs. | : |
| THE CITY OF HARTFORD, ET AL., | : |
| DEFENDANTS. | : JANUARY 30, 2004 |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rules of Civil Procedure Rule 15(a) and (b), the Plaintiff moves the Court for an order authorizing Plaintiff to file the attached Amended Complaint in this action to conform with the facts in this case. Plaintiff respectfully requests that the Court now grant leave to amend his complaint. A copy of the proposed amended complaint is appended hereto.

THE PLAINTIFF
ANN CODY

BY: _____
Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct 23073

## **CERTIFICATION**

This is to certify that the foregoing has been sent, postage pre-paid, on January 30, 2004 to all counsel and pro se parties of record:

Jill Hartley
Lori Rittman Clark
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Erin I. O'Neil