UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
|    Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD; ROBERT RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS ACTING CHIEF OF THE HARTFORD POLICE DEPARTMENT; MARK RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS SERGEANT OF THE HARTFORD POLICE DEPARTMENT; and MICHAEL MANZI, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS LIEUTENANT OF THE HARTFORD POLICE DEPARTMENT | | |
|    Defendants. | : | FEBRUARY 12, 2004 |

### DEFENDANTS' AMENDED MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

The Defendants, City of Hartford, Robert Rudewicz, Mark Rudewicz and Michael Manzi (collectively "Defendants"), hereby move, pursuant to Fed. R. Civ. P. 6(b) and Rule 7(b) of the Local Rules of Civil Procedure, for an extension of time until March 30, 2004, within which to file dispositive motions.[1]  In support of their Motion, the Defendants represent as follows:

---

[1] This motion supercedes and amends Defendants' *Nunc Pro Tunc* Motion for Extension of Time dated February 11, 2004, which inadvertently cited an incorrect current deadline for the filing of dispositive motions.

**NO ORAL ARGUMENT REQUESTED**

1.      The current deadline for filing dispositive motions, as set forth in the Court's Order dated November 12, 2003, is February 28, 2004.

2.      On January 30, 2004, the defendants filed an unopposed motion to extend the discovery deadline until March 5, 2004, for purposes of completing certain depositions. The motion did not seek a corresponding extension of the deadline for filing dispositive motions.

3.      Defendants now seek a 30-day extension of the deadline for filing dispositive motions, up to and including March 30, 2004, so that the parties will be able to complete discovery prior to filing any dispositive motions.

4.      The undersigned hereby certifies that on this date, she spoke with Erin O'Neil, counsel for the Plaintiff, and advised her of Defendants' intention to file this motion. Attorney O'Neil indicated that she has no objection to the motion.

5       This is the first request by Defendants for an extension of time with respect to this deadline.

6.      Trial has not yet been scheduled in this matter.

WHEREFORE, Defendants respectfully request that this Court grant them a 30-day extension of the February 28, 2004 dispositive motion deadline, until March 30, 2004.

**DEFENDANTS, CITY OF HARTFORD
ROBERT RUDEWICZ, MARK RUDEWICZ
AND MICHAEL MANZI**


By_____
    Jill Hartley
    Federal Bar CT 10570
    Lori Rittman Clark
    Federal Bar CT 19908
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    Telephone: (860) 541-2077
    Facsimile: (860) 713-8944
    Their Attorneys

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first class, postage prepaid, this 12th day of February, 2004 to James S. Brewer, Esq. and Erin I. O'Neil-Baker, Esq., Brewer & O'Neil, LLC, 818 Farmington Avenue, West Hartford, CT 06119.

_____
Lori Rittman Clark

E:\WPDOCS\City of Hartford\Cody\extend.time.dispositive.wpd