FILED

2004 FEB 12  P 12: 08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
| Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD; ROBERT RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS ACTING CHIEF OF THE HARTFORD POLICE DEPARTMENT; MARK RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS SERGEANT OF THE HARTFORD POLICE DEPARTMENT; and MICHAEL MANZI, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS LIEUTENANT OF THE HARTFORD POLICE DEPARTMENT | | |
| Defendants. | : | FEBRUARY 11, 2004 |

### DEFENDANTS' MOTION *NUNC PRO TUNC* FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

The Defendants, City of Hartford, Robert Rudewicz, Mark Rudewicz and Michael Manzi (collectively "Defendants"), hereby move, pursuant to Fed. R. Civ. P. 6(b) and Rule 7(b) of the Local Rules of Civil Procedure, for an extension of time until March 15, 2004, within which to file dispositive motions. In support of their Motion, the Defendants represent as follows:

1.  The deadline for filing dispositive motions, as set forth in the parties' Rule 26(f) Report and ordered by the Court, was February 1, 2004.

**NO ORAL ARGUMENT REQUESTED**

2.   On December 17, 2004, the parties jointly moved to extend the discovery deadline until January 31, 2004. On January 30, 2004, the defendants filed an unopposed motion to extend the discovery deadline until March 5, 2004, for purposes of completing certain depositions. Neither motion for extension sought a corresponding extension of the deadline for filing dispositive motions.

3.   Defendants now seek a 45-day extension of the deadline for filing dispositive motions, up to and including March 15, 2004, so that the parties will be able to complete discovery prior to filing any dispositive motions.

4.   The undersigned hereby certifies that on February 10th, she corresponded via e-mail with Erin I. O'Neil, counsel for the Plaintiff, advised her of the Defendants' intention to file the within motion and inquired if the Plaintiff had any objection. Attorney O'Neil responded by inquiring as to the current deadline, but did not indicate whether the Plaintiff objected to an extension of time. This morning, the undersigned again e-mailed Attorney O'Neil, seeking the Plaintiff's position with respect to this motion, but as of 3:00 p.m. Attorney O'Neil had not responded. Accordingly, despite diligent effort, the undersigned has been unable to ascertain the Plaintiff's position with respect to the granting of this motion.

5   This is the first request by Defendants for an extension of time with respect to this deadline.

6.   Trial has not yet been scheduled in this matter.

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944

WHEREFORE, Defendants respectfully request that this Court grant them, *nunc pro tunc*, a 45-day extension of the February 1, 2004 dispositive motion deadline, until March 15, 2004.

DEFENDANTS, CITY OF HARTFORD
ROBERT RUDEWICZ, MARK RUDEWICZ
AND MICHAEL MANZI

By_____
Jill Hartley
Federal Bar CT 10570
Lori Rittman Clark
Federal Bar CT 19908
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Telephone: (860) 541-2077
Facsimile: (860) 713-8944
Their Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class, postage prepaid, this 11th day of February, 2004 to James S. Brewer, Esq. and Erin I. O'Neil-Baker, Esq., Brewer & O'Neil, LLC, 818 Farmington Avenue, West Hartford, CT 06119.

_____
Lori Rittman Clark

E:\WPDOCS\City of Hartford\Cody\extend.time.dispositive.wpd

- 4 -