45

FILED

2004 FEB -2 P 12: 21

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

US DISTR...
BRIDG...

ANN CODY,                                    :        CIVIL ACTION NO.
    Plaintiff,                              3:02CV1789(SRU)

                                                                              :

v.

                                                                              :

CITY OF HARTFORD; ROBERT RUDEWICZ,
IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY AS ACTING CHIEF OF THE
HARTFORD POLICE DEPARTMENT; MARK
RUDEWICZ, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY AS SERGEANT OF THE
HARTFORD POLICE DEPARTMENT; and
MICHAEL MANZI, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY AS LIEUTENANT OF
THE HARTFORD POLICE DEPARTMENT
        Defendants.                              :        JANUARY 30, 2004

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO COMPLETE DISCOVERY

    The Defendants, City of Hartford, Robert Rudewicz, Mark Rudewicz and Michael Manzi (collectively "Defendants"), hereby move, pursuant to Fed. R. Civ. P. 6(b) and Rule 9(b) of the Local Rules of Civil Procedure, for an extension of time until March 5, 2004, within which to complete discovery. In support of their Motion, Defendants represent as follows:

1.    The current deadline for the completion of discovery is January 31, 2004.

2.    Although the parties are actively attempting to complete discovery, due to scheduling conflicts, the following depositions have not yet been taken but will be taken by March 5th:

Captain Michael Fallon (to be noticed by Plaintiff for February 25, 2004); Chief Mark Pawlina

**SABIA & HARTLEY, LLC** • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944

GRANTED; ABSENT OBJECTION.

SO ORDERED

Stefan R. Underhill, U.S.D.J.

2/4/04