FILED

2004 FEB 12  P 12:08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
| Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD; ROBERT RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS ACTING CHIEF OF THE HARTFORD POLICE DEPARTMENT; MARK RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS SERGEANT OF THE HARTFORD POLICE DEPARTMENT; and MICHAEL MANZI, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS LIEUTENANT OF THE HARTFORD POLICE DEPARTMENT | | |
| Defendants. | : | FEBRUARY 11, 2004 |

## DEFENDANTS' MOTION *NUNC PRO TUNC* FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

The Defendants, City of Hartford, Robert Rudewicz, Mark Rudewicz and Michael Manzi (collectively "Defendants"), hereby move, pursuant to Fed. R. Civ. P. 6(b) and Rule 7(b) of the Local Rules of Civil Procedure, for an extension of time until March 15, 2004, within which to file dispositive motions. In support of their Motion, the Defendants represent as follows:

1.  The deadline for filing dispositive motions, as set forth in the parties' Rule 26(f) Report and ordered by the Court, was February 1, 2004.

**NO ORAL ARGUMENT REQUESTED**

MOTION GRANTED.
SO ORDERED. /s/ [signature] 2/2/04
Stefan R. Underhill, U.S.D.J.

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944