02 CV 1789 Amdmext

47

FILED

2004 FEB 13 A 10: 35

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
| Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD; ROBERT RUDEWICZ, | | |
| IN HIS INDIVIDUAL AND OFFICIAL | | |
| CAPACITY AS ACTING CHIEF OF THE | | |
| HARTFORD POLICE DEPARTMENT; MARK | | |
| RUDEWICZ, IN HIS INDIVIDUAL AND | | |
| OFFICIAL CAPACITY AS SERGEANT OF THE | | |
| HARTFORD POLICE DEPARTMENT; and | | |
| MICHAEL MANZI, IN HIS INDIVIDUAL AND | | |
| OFFICIAL CAPACITY AS LIEUTENANT OF | | |
| THE HARTFORD POLICE DEPARTMENT | | |
| Defendants. | : | FEBRUARY 12, 2004 |

## DEFENDANTS' AMENDED MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

The Defendants, City of Hartford, Robert Rudewicz, Mark Rudewicz and Michael Manzi (collectively "Defendants"), hereby move, pursuant to Fed. R. Civ. P. 6(b) and Rule 7(b) of the Local Rules of Civil Procedure, for an extension of time until March 30, 2004, within which to file dispositive motions.[1]  In support of their Motion, the Defendants represent as follows:

**NO ORAL ARGUMENT REQUESTED**

---

[1] This motion supercedes and amends Defendants' *Nunc Pro Tunc* Motion for Extension of Time dated February 11, 2004, which inadvertently cited an incorrect current deadline for the filing of dispositive motions.

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944

*Handwritten annotation in left margin:* Granted. The March 15, 2004 deadline is extended to March 30, 2004. SO ORDERED. /s/ S.R.U. 2/22/04

*Handwritten annotation in right margin:* 02 CV 1789 Amdmext