UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 23 P 12: 41

ANN M. CODY,
    PLAINTIFF,

vs.

THE CITY OF HARTFORD, ET AL.,
    DEFENDANTS.

CIVIL ACTION NO.:
3:02CV1789

February 20, 2004

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S DEPOSITION AND FOR SANCTIONS

Pursuant to Federal Rules of Civil Procedure 37(a)(2) and (4) and Local Civil Rules 16(g) and 37(a)(4) of the United States District Court for the District of Connecticut, the plaintiff Ann M. Cody hereby respectfully moves this court to compel the continued deposition of defendant Mark Rudewicz and/or his counsel for unilaterally ending Mr. Rudewicz's January 23, 2004, deposition without substantial justification.

As discussed more fully in the accompanying memorandum of law, Mr. Rudewicz's counsel improperly and unilaterally ended Mr. Rudewicz deposition by repeatedly interfering with the questioning by Plaintiff's counsel and repeatedly coaching the deponent on how to respond. The Plaintiff has submitted affidavits, attached Exhibits A and B to the accompanying memorandum, declaring that she first tried in good faith to resolve this dispute.

THE PLAINTIFF
BY: _____
Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Ave.
West Hartford, CT 06119
(860) 523-4055
Federal Bar # CT 23073
His Attorney