42

# FILED

2004 JAN 22  P 1: 28

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
|     Plaintiff, | | 3:02CV1789(SRU) |
| | : | *46* |
| v. | | |
| | : | |
| CITY OF HARTFORD, et al. | | |
|     Defendants. | : | JANUARY 20, 2004 |

## WITHDRAWAL OF DEFENDANTS' MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER

Defendant, City of Hartford, hereby withdraws its Motion to Quash Subpoena and for a

Protective Order, based upon the additional reasons articulated in the letter from Plaintiff's

Counsel dated January 20, 2004.

RESPECTFULLY SUBMITTED
DEFENDANTS, CITY OF HARTFORD,
ROBERT RUDEWICZ, MARK RUDEWICZ
AND MICHAEL MANZI

By _____
    Jill Hartley
    Fed. Bar No. CT 10570
    Lori Rittman Clark
    Federal Bar CT 19908
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    Telephone: (860) 541-2077
    Facsimile: (860) 713-8944

Denied as moot. So ordered.

2004 FEB 24  P 3: 43