UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
|    Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD; ROBERT RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS ACTING CHIEF OF THE HARTFORD POLICE DEPARTMENT; MARK RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS SERGEANT OF THE HARTFORD POLICE DEPARTMENT; and MICHAEL MANZI, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS LIEUTENANT OF THE HARTFORD POLICE DEPARTMENT | | |
|    Defendants. | : | February 24, 2004 |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants, City of Hartford, Robert Rudewicz, Mark Rudewicz and Michael Manzi (collectively, "Defendants") move to dismiss portions of the Prayer for Relief contained in Plaintiff's Second Amended Complaint dated January 30, 2004. ("Second Amended Complaint").

This case involves claims of employment discrimination and retaliation brought pursuant to §1983, ADEA and Title VII. Plaintiff has sued her employer, the City of Hartford ("City"), as well as the following individuals: Robert Rudewicz, Mark Rudewicz and Michael Manzi. See Second Amended Complaint, generally. Plaintiff seeks punitive damages against

**NO ORAL ARGUMENT REQUESTED**

all Defendants, including the City.  See Paragraph (e) of Plaintiff's Prayer for Relief.  Plaintiff also seeks to hold all Defendants liable for violations of Conn Gen. Stat. §§ 46a-60 *et seq.*, notwithstanding the fact that the Second Amended Complaint fails to include a count setting forth the elements of this claim.  See Paragraphs (b) and (d) of Plaintiff's Prayer for Relief.

      The City moves to dismiss that portion of the Prayer for Relief that seeks punitive damages against it, because a municipality cannot be held liable for punitive damages under either 42 U.S.C. §1983 or §1988.  The Defendants also move to dismiss those portions of the Prayer for Relief that seek injunctive relief and damages against them pursuant to Conn. Gen. Stat. §§46a-60 *et seq.*, since the Plaintiff has failed to allege any of the elements of this claim.[1]

---

[1] Defendants' counsel has attempted to resolve this matter informally with Plaintiff's counsel.  To date, however, Plaintiff's counsel has yet to voluntarily amend the Complaint to delete the disputed portions of the Prayer for Relief.  Accordingly, Defendants submit this motion, out of an abundance of caution, so as to avoid an argument that they have waived their rights with respect to this issue.

      WHEREFORE, the Defendants respectfully move the Court to grant their motion to dismiss in its entirety.

                                      **DEFENDANTS, CITY OF HARTFORD, ROBERT RUDEWICZ, MARK RUDEWICZ AND MICHAEL MANZI**

                                      By_____
                                        Jill Hartley
                                        Federal Bar CT 10570
                                        Lori Rittman Clark
                                        Federal Bar CT 19908
                                        Sabia & Hartley, LLC
                                        190 Trumbull Street, Suite 202
                                        Hartford, CT 06103
                                        Telephone: (860) 541-2077
                                        Facsimile: (860) 713-8944

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this 24th day of February, 2004 to James S. Brewer, Esq. and Erin O'Neil, Esq., 818 Farmington Avenue, West Hartford, CT 06119.

_____
Lori Rittman Clark

E:\WPDOCS\City of Hartford\Cody\mot.dismiss.feb04.wpd