CT/cvmhrg (January 10, 2002)

HONORABLE Stefan Underhill
DEPUTY CLERK  Montz   RPTR/ERO/TAPE  Catucci

TOTAL TIME: ___ hours ___ minutes

DATE  2-27-04     START TIME 10:05    END TIME _____
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:02cv1789 (SRU)

Cody
vs.
Hartford

Erin O'Neill-Baker
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Jill Hartley
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #23  Motion to Compel — ☑ granted
☑ #46  Motion to Amend Amended Complaint — ☑ granted
☑ #52  Motion to Compel - Den. #52 Sanctions — ☑ denied as moot
☑ #55  Motion to Dismiss — ☑ denied

____ Hearing continued until _____ at _____