UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
|     Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD, et al. | | |
|     Defendants. | : | FEBRUARY 26, 2004 |

### DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Pursuant to Rules 26(c) and 45(c) of the Federal Rules of Civil Procedure, the Defendants respectfully move the Court to enter a Protective Order with respect to the deposition of Mark Pawlina ("Pawlina"), the acting Chief of the Hartford Police Department ("HPD"), which has been noticed for March 1, 2004. Specifically, the Defendants request the Court to enter an Order requiring that, to the extent that Plaintiff's counsel intends to engage in cross-discovery by questioning Pawlina about other pending cases in which Pawlina is named as a defendant, or by questioning Pawlina about other cases brought by individuals represented by Plaintiff's counsel in this case against the City of Hartford ("City"), in which the City is not being represented by the undersigned, Plaintiff's counsel be required to disclose in advance the names of such other cases and notify counsel representing Pawlina and/or the City in those actions of the deposition. In the alternative, the Defendants request the Court to enter an Order

**ORAL ARGUMENT REQUESTED**

directing that such cross-discovery not be had.

The undersigned counsel hereby certifies that she has in good faith conferred with Plaintiff's counsel regarding this motion, but that they were unable to resolve this dispute.

**DEFENDANTS, CITY OF HARTFORD, ROBERT RUDEWICZ, MARK RUDEWICZ AND MICHAEL MANZI**

By_____
    Jill Hartley
    Federal Bar CT 10570
    Lori Rittman Clark
    Federal Bar CT 19908
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    Telephone: (860) 541-2077
    Facsimile: (860) 713-8944

## CERTIFICATION

I hereby certify that a copy of the foregoing was faxed and mailed, first class, postage prepaid, this 26th day of February, 2004 to James S. Brewer, Esq., and Erin I. O'Neil, Esq., 818 Farmington Avenue, West Hartford, CT 06119.

_____
Jill Hartley

E:\WPDOCS\City of Hartford\Cody\mot.p.o.pawlina.wpd

- 2 -