UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ANN CODY,** | : | CIVIL ACTION NO. |
| Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| **CITY OF HARTFORD; ROBERT RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS ACTING CHIEF OF THE HARTFORD POLICE DEPARTMENT; MARK RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS SERGEANT OF THE HARTFORD POLICE DEPARTMENT; and MICHAEL MANZI, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS LIEUTENANT OF THE HARTFORD POLICE DEPARTMENT** | | |
| Defendants. | : | MARCH 29, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTIONS**

The Defendants, City of Hartford, Robert Rudewicz, Mark Rudewicz and Michael Manzi (collectively "Defendants"), hereby move, pursuant to Fed. R. Civ. P. 6(b) and Rule 7(b) of the Local Rules of Civil Procedure, for an extension of time until May 15, 2004, within which to file dispositive motions. In support of their Motion, the Defendants represent as follows:

**NO ORAL ARGUMENT REQUESTED**

1. The current deadline for filing dispositive motions is March 30, 2004.

2. The parties still have some limited discovery to complete.

3. Defendants now seek a 45-day extension of the deadline for filing dispositive motions, up to and including May 15, 2004, so that the parties will be able to complete discovery prior to filing any dispositive motions.

4. The undersigned hereby certifies that on this date, she e-mailed Erin O'Neil, counsel for the Plaintiff, and advised her of Defendants' intention to file this motion. (Counsel in this case regularly correspond via e-mail.) As of the time this motion was finalized, however, the undersigned had not received a response from Attorney O'Neil, and accordingly, is unable to represent Plaintiff's position on the instant motion.

5  This is the second request by Defendants for an extension of time with respect to this deadline.

6. Trial has not yet been scheduled in this matter.

WHEREFORE, Defendants respectfully request that this Court grant them a 45-day extension of the March 30, 2004 dispositive motion deadline, until May 15, 2004.

**DEFENDANTS, CITY OF HARTFORD ROBERT RUDEWICZ, MARK RUDEWICZ AND MICHAEL MANZI**

By_____
    Jill Hartley
    Federal Bar CT 10570
    Lori Rittman Clark
    Federal Bar CT 19908
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    Telephone: (860) 541-2077
    Facsimile: (860) 713-8944
    Their Attorneys

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first class, postage prepaid, this 29th day of March, 2004 to James S. Brewer, Esq. and Erin I. O'Neil-Baker, Esq., Brewer & O'Neil, LLC, 818 Farmington Avenue, West Hartford, CT 06119.

                                                                         _____
                                                                            Lori Rittman Clark

E:\WPDOCS\City of Hartford\Cody\extend.time.dispositive2.wpd