61

# FILED

2004 MAR 30  A 9 49

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| ANN CODY, | : | **CIVIL ACTION NO.** |
| Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD; ROBERT RUDEWICZ, | | |
| IN HIS INDIVIDUAL AND OFFICIAL | | |
| CAPACITY AS ACTING CHIEF OF THE | | |
| HARTFORD POLICE DEPARTMENT; MARK | | |
| RUDEWICZ, IN HIS INDIVIDUAL AND | | |
| OFFICIAL CAPACITY AS SERGEANT OF THE | | |
| HARTFORD POLICE DEPARTMENT; and | | |
| MICHAEL MANZI, IN HIS INDIVIDUAL AND | | |
| OFFICIAL CAPACITY AS LIEUTENANT OF | | |
| THE HARTFORD POLICE DEPARTMENT | | |
| Defendants. | : | **MARCH 29, 2004** |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME
### TO FILE DISPOSITIVE MOTIONS

The Defendants, City of Hartford, Robert Rudewicz, Mark Rudewicz and Michael

Manzi (collectively "Defendants"), hereby move, pursuant to Fed. R. Civ. P. 6(b) and Rule 7(b)

of the Local Rules of Civil Procedure, for an extension of time until May 15, 2004, within

which to file dispositive motions. In support of their Motion, the Defendants represent as

follows:

**NO ORAL ARGUMENT REQUESTED**

MOTION GRANTED.

SO ORDERED.

2004 APR -5  A 4: 16

U.S. DISTRICT COURT
BRIDGEPORT, CONN

4/1/04

**SABIA & HARTLEY, LLC** • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • Fax (860) 713-8944