FILED

2004 FEB 26  P 12: 31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1789(SRU) |
| v. | : | |
| CITY OF HARTFORD, et al. | : | |
| Defendants. | : | FEBRUARY 26, 2004 |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Pursuant to Rules 26(c) and 45(c) of the Federal Rules of Civil Procedure, the Defendants respectfully move the Court to enter a Protective Order with respect to the deposition of Mark Pawlina ("Pawlina"), the acting Chief of the Hartford Police Department ("HPD"), which has been noticed for March 1, 2004. Specifically, the Defendants request the Court to enter an Order requiring that, to the extent that Plaintiff's counsel intends to engage in cross-discovery by questioning Pawlina about other pending cases in which Pawlina is named as a defendant, or by questioning Pawlina about other cases brought by individuals represented by Plaintiff's counsel in this case against the City of Hartford ("City"), in which the City is not being represented by the undersigned, Plaintiff's counsel be required to disclose in advance the names of such other cases and notify counsel representing Pawlina and/or the City in those actions of the deposition. In the alternative, the Defendants request the Court to enter an Order

**ORAL ARGUMENT REQUESTED**

MOTION GRANTED.
SO ORDERED.

FILED 2004 APR -5 P 5: 17
U.S. DISTRICT COURT
BRIDGEPORT, CONN

4/5/04

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944