59

*Granted. The clerk shall docket the Third Amended Complaint. So ordered.  4/5/04*

mot

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2004 FEB 27 P 1:40

| | |
|---|---|
| ANN M. CODY, | : CIVIL ACTION NO. |
|     PLAINTIFF, | : 3:02CV1789(SRU) |
| vs. | : |
| THE CITY OF HARTFORD, ET AL., | : |
|     DEFENDANTS. | : FEBRUARY 26, 2004 |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rules of Civil Procedure Rule 15(a) and (b), the Plaintiff moves the Court for an order authorizing Plaintiff to file the attached Amended Complaint in this action to conform with the facts in this case. Plaintiff respectfully requests that the Court now grant leave to amend his complaint. A copy of the proposed amended complaint is appended hereto.

FILED
2004 APR -5 P 4:5[?]
U.S. DISTRICT COURT
BRIDGEPORT, CONN

THE PLAINTIFF
ANN CODY

BY: _____
Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct 23073