UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
|     Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD, et al. | | |
|     Defendants. | : | MAY 17, 2004 |

**DEFENDANTS' MOTION FOR PERMISSION TO EXCEED PAGE LIMIT**

The Defendants respectfully move the Court for permission to exceed the 40 page limit set forth in Local Rule 7(a)(2), for the following good cause reason: This case involves multiple Defendants and multiple claims. Although the Defendants made every effort to meet the 40 page limit, and in fact, initially succeeded – once the brief was properly formatted, it exceeded the page limit by two pages and there is insufficient time to make whatever additional edits may be required to further streamline the arguments.

**NO ORAL ARGUMENT REQUESTED**

WHEREFORE, the Defendants respectfully move the Court for permission to exceed the page limit by two pages.

RESPECTFULLY SUBMITTED,

**DEFENDANTS, CITY OF HARTFORD, ROBERT RUDEWICZ, MARK RUDEWICZ AND MICHAEL MANZI**

By_____
    Jill Hartley
    Federal Bar CT 10570
    John P. Shea, Jr.
    Federal Bar CT 17433
    Lori Rittman Clark
    Federal Bar CT 19908
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    Telephone: (860) 541-2077
    Facsimile: (860) 713-8944

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this 17th day of May, 2004 to James S. Brewer, Esq. and Erin O'Neil-Baker, Esq., Brewer & O'Neil, LLC, 818 Farmington Avenue, West Hartford, CT 06119.

_____
Lori Rittman Clark

E:\WPDOCS\City of Hartford\Cody\pages.wpd