UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 18  P 1: 35

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| ANN M. CODY, | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:02CV1789(SRU) |
| vs. | : | |
| THE CITY OF HARTFORD, | : | |
| DEFENDANTS. | : | May 14, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter. The plaintiff continues to be represented by James S. Brewer of Brewer & O'Neil, LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

PLAINTIFF,
ANN CODY

BY: *[signature]*
Erin I. O'Neil
Brewer & O'Neil, LLC
Fed Bar No. ct 23073
818 Farmington Avenue
West Hartford, CT  06119
(860) 523-4055

## CERTIFICATION

This is to certify that the foregoing has been sent via first class mail on May 14, 2004 to all counsel and pro se parties of record:

Jill Hartley
Lori Rittman Clark
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Erin I. O'Neil