United States District Court

District of Connecticut

| | |
|---|---|
| ANN CODY, | : Case No.: 3:02CV1789(SRU) |
| Plaintiff, | : |
| vs. | : |
| CITY OF HARTFORD, et al., | : |
| Defendant | : May 19, 2004 |

## **MOTION FOR EXTENSION OF TIME**

Pursuant to the Local Rules of Civil Procedure, the plaintiff hereby respectfully moves for a 30 day extension of time in order to respond to the defendants' Motion for Summary Judgment. The opposition is currently due on June 7, 2004, the plaintiff requests until July 7, 2004 to respond due to a busy trial schedule.

This is plaintiff's first request for an extension of time for the purposes of submitting a response to said Motion. Plaintiff contacted defendant's counsel and she does not object to this Motion for an Extension of Time.

                    THE PLAINTIFF,

                    BY:_____
                        Erin I. O'Neil, Esq.
                        Brewer & O'Neil
                        818 Farmington Avenue
                        West Hartford, CT 06119
                        (860)523-4055
                        Federal Bar #ct23073

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this May 19, 2004, to the following:

Jill Hartly
John P. Shea, Jr.
Lori Rittman Clark
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Clerk
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

                                                                                      Erin I O'Neil, Esq.
                                                                                      Brewer & O'Neil
                                                                                       818 Farmington Avenue
                                                                                       West Hartford, CT 06119
                                                                                       (860)523-4055
                                                                                       Federal Bar #ct23073