UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN M. CODY, | : | CIVIL ACTION NO. |
|     PLAINTIFF, | : | 3:02CV1789(SRU) |
| | : | |
| vs. | : | |
| | : | |
| THE CITY OF HARTFORD, | : | |
|     DEFENDANTS. | : | May 20, 2004 |

## **APPEARANCE**

    Please enter the appearance of ALYSSA S. VIGUE on behalf of the Plaintiff, in the above entitled matter.

        PLAINTIFF,
          ANN CODY


BY:_____
    Alyssa S. Vigue
    Brewer & O'Neil, LLC
    Fed Bar No. ct 25178
    818 Farmington Avenue
    West Hartford, CT  06119
    Phone (860) 523-4055
    Fax (860) 233-4215
    avigue@brewerandoneil.com

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing Appearance was mailed, postage prepaid this May 20, 2004, to the following:

Jill Hartley
Sabia & Hartley
190 Trumbull Street
Hartford, CT 06103

Clerk
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
Alyssa S. Vigue