United States District Court

District of Connecticut

|  |  |  |
|---|---|---|
| ANN CODY, | : | Case No.: 3:02CV1789(SRU) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| CITY OF HARTFORD, et al. , | : | |
| | : | |
| Defendant | : | July 1, 2004 |

### SECOND MOTION FOR EXTENSION OF TIME

Pursuant to the Local Rules of Civil Procedure, the plaintiff hereby respectfully moves

for a 15 day extension of time in order to respond to the defendants' Motion for Summary

Judgment.  The opposition is currently due on July 7, 2004, the plaintiff requests until July 22,

2004 to respond due to a busy deposition schedule and another opposition due on another Motion

for Summary Judgment.

This is plaintiff's second request for an extension of time for the purposes of submitting a

response to said Motion.  Plaintiff contacted defendant's counsel and she does not object to this

Motion for an Extension of Time.

THE PLAINTIFF,


BY:_____
Erin I. O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct23073


## **CERTIFICATION**


     I hereby certify that a copy of the foregoing was mailed, postage prepaid, this July 1, 2004, to the following:

Jill Hartly
John P. Shea, Jr.
Lori Rittman Clark
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Clerk
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604


_____
Erin I O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct23073