## CERTIFICATION

  This is to certify that the foregoing has been sent, postage pre-paid, on July 22, 2004, to all counsel and pro se parties of record:

Jill Hartley
Lori Rittman Clark
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

                Erin I. O'Neil