UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
|     Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD; ROBERT RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS ACTING CHIEF OF THE HARTFORD POLICE DEPARTMENT; MARK RUDEWICZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS SERGEANT OF THE HARTFORD POLICE DEPARTMENT; and MICHAEL MANZI, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS LIEUTENANT OF THE HARTFORD POLICE DEPARTMENT | | |
|     Defendants. | : | JULY 27, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

      The Defendants, City of Hartford, Robert Rudewicz, Mark Rudewicz and Michael Manzi (collectively "Defendants"), hereby move, pursuant to Fed. R. Civ. P. 6(b) and Rule 7(b) of the Local Rules of Civil Procedure, for a three week extension of time, up to and including August 26, 2004, within which to file their reply brief.  In support of their Motion, the Defendants represent as follows:

**NO ORAL ARGUMENT REQUESTED**

1.       The current deadline for filing a reply brief is August 5, 2004.

2.       Defendants' counsel still has not received a service copy of the Plaintiff's Opposition Brief, which would include all exhibits, affidavits, etc. that are not available on-line. Plaintiff's counsel's office has advised the undersigned that the service copy will go out today.

3.       Plaintiff's Opposition Brief is lengthy and complex and Defendants require additional time to prepare an effective and comprehensive reply, particularly, in light of intervening vacation schedules and commitments in other cases.

4.       The undersigned hereby certifies that on this date, she contacted Plaintiff's counsel's office, advised of Defendants' intention to file this motion, and was advised that Plaintiff would have no objection to it.

5       This is the first request by Defendants for an extension of time with respect to this deadline.

6.       Trial has not yet been scheduled in this matter.

WHEREFORE, Defendants respectfully request that this Court grant them a three week extension, until August 26, 2004, to file their Reply Brief.

        **DEFENDANTS, CITY OF HARTFORD**
        **ROBERT RUDEWICZ, MARK RUDEWICZ**
        **AND MICHAEL MANZI**

By_____
        Jill Hartley
        Federal Bar CT 10570
        Lori Rittman Clark
        Federal Bar CT 19908
        Sabia & Hartley, LLC
        190 Trumbull Street, Suite 202
        Hartford, CT 06103
        Telephone: (860) 541-2077
        Facsimile: (860) 713-8944
        Their Attorneys

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first class, postage prepaid, this 28th day of July, 2004 to James S. Brewer, Esq. and Erin I. O'Neil-Baker, Esq., Brewer & O'Neil, LLC, 818 Farmington Avenue, West Hartford, CT 06119.

_____<br>
Lori Rittman Clark

E:\WPDOCS\City of Hartford\Cody\extend.time.reply.wpd

- 4 -