UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN M. CODY, | : | CIVIL ACTION NO. |
|     PLAINTIFF, | : | 3:02CV1789(SRU) |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF HARTFORD, | : | |
|     DEFENDANTS. | : | August 12, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter due to severing her employment relationship with Brewer & O'Neil. LLC.  The plaintiff continues to be represented by James S. Brewer of Brewer & O'Neil, LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

                                                      PLAINTIFF,
                                                    ANN CODY

                              BY:_____
                                  Alyssa S. Vigue
                                  Brewer & O'Neil, LLC
                                  Fed Bar No. ct 25178
                                  818 Farmington Avenue
                                  West Hartford, CT  06119
                                  Phone (860) 523-4055
                                  Fax (860) 233-4215
                                  avigue@brewerandoneil.com

**CERTIFICATION**

      I hereby certify that a copy of the foregoing Appearance was mailed, postage prepaid this August 12, 2004, to the following:

Jill Hartley
Sabia & Hartley
190 Trumbull Street
Hartford, CT 06103

Clerk
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

_____

Alyssa S. Vigue