UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ANN CODY,** | : | **CIVIL ACTION NO.** |
| Plaintiff, | | **3:02CV1789(SRU)** |
| | : | |
| v. | | |
| | : | |
| **CITY OF HARTFORD, et al.** | | |
| Defendants. | : | **AUGUST 20, 2004** |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

The Defendants, City of Hartford, Robert Rudewicz, Mark Rudewicz and Michael Manzi (collectively "Defendants"), hereby move, pursuant to Fed. R. Civ. P. 6(b) and Rule 7(b) of the Local Rules of Civil Procedure, for an additional one week extension of time, up to and including September 2, 2004, within which to file their reply brief. In support of their Motion, the Defendants represent as follows:

**NO ORAL ARGUMENT REQUESTED**

1.      The current deadline for filing a reply brief is August 26, 2004.

2.      Defendants' counsel has expended a considerable amount of time recently preparing for a mediation in another matter. The mediation brief is also due on August 26th.

3.      Plaintiff's Opposition Brief is lengthy and complex and Defendants require additional time to prepare an effective and comprehensive reply, particularly in light of the competing deadline set forth above.

4.      The undersigned hereby certifies that on this date, she contacted Plaintiff's counsel's office, advised of Defendants' intention to file this motion, and was advised by Attorney Erin O'Neil that Plaintiff would have no objection to it.

5      This is the second request by Defendants for an extension of time with respect to this deadline. The first request sought a three week extension of time.

6.      Trial has not yet been scheduled in this matter.

      WHEREFORE, Defendants respectfully request that this Court grant them a one week extension, until September 2, 2004, to file their Reply Brief.

**DEFENDANTS, CITY OF HARTFORD
ROBERT RUDEWICZ, MARK RUDEWICZ
AND MICHAEL MANZI**


By_____
      Jill Hartley
      Federal Bar CT 10570
      Lori Rittman Clark
      Federal Bar CT 19908
      Sabia & Hartley, LLC
      190 Trumbull Street, Suite 202
      Hartford, CT 06103
      Telephone: (860) 541-2077
      Facsimile: (860) 713-8944
      Their Attorneys

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first class, postage prepaid, this 20th day of August, 2004 to James S. Brewer, Esq. and Erin I. O'Neil-Baker, Esq., Brewer & O'Neil, LLC, 818 Farmington Avenue, West Hartford, CT 06119.

                                                                                              _____
                                                                                                  Lori Rittman Clark

E:\WPDOCS\City of Hartford\Cody\extend.time.reply.wpd