**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


| | | |
|---|---|---|
| **ANN CODY,** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | | **3:02CV1789(SRU)** |
| | : | |
| **v.** | | |
| | : | |
| **CITY OF HARTFORD, et al** | | |
| **Defendants.** | : | **SEPTEMBER 1, 2004** |


**MOTION TO STRIKE**

The Defendants move the Court to strike the following exhibits to Plaintiff's Local Rule

56(a)2 Statement, because the exhibits have not been properly authenticated, and are therefore

inadmissible: Exhibits 2, 3, 5, 6, 7, 8, 12, 13, 19, 20 and 21.

Similarly, the Defendants move the Court to strike the following Paragraphs from the

Plaintiff's Statement of Material Facts in Dispute, because they rely exclusively upon one or

more of the above exhibits that have not been properly authenticated: Paragraphs 6, 9, 10, 41,

48, 50, 56, 57 and 70.

In addition, the Court should strike Paragraphs 24, 26, 29, 31, 37 and 38 of the

Plaintiff's Response to Defendants' Statement of Material Facts Not in Dispute and Paragraphs

45, 52, 53 and 66 of the Plaintiff's Statement of Material Facts in Dispute, because the evidence

cited in support of each of these statements does not stand for the proposition asserted.  As

**ORAL ARGUMENT REQUESTED**

such, the Plaintiff has failed to support the statements with citations to relevant evidence.

Finally, the Court should strike Paragraph 62 of the Plaintiff's Statement of Material Facts in Dispute, because the testimony cited in support thereof is not based upon the personal knowledge of the deponent.

A memorandum of law in support of this motion is submitted herewith.

**DEFENDANTS, CITY OF HARTFORD, ROBERT RUDEWICZ, MARK RUDEWICZ AND MICHAEL MANZI**

By_____
       Jill Hartley
       Federal Bar CT 10570
       John P. Shea, Jr.
       Federal Bar CT 17433
       Lori Rittman Clark
       Federal Bar CT 19908
       Sabia & Hartley, LLC
       190 Trumbull Street, Suite 202
       Hartford, CT 06103
       Telephone: (860) 541-2077
       Facsimile: (860) 713-8944

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this 1st day of September, 2004 to James S. Brewer, Esq., and Erin I. O'Neil-Baker, Esq., 818 Farmington Avenue, West Hartford, CT 06119.

_____
Lori Rittman Clark

E:\WPDOCS\City of Hartford\Cody\motion.strike.sj.wpd