UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
|     Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD, et al. | | |
|     Defendants. | : | SEPTEMBER 1, 2004 |

## NOTICE OF MANUAL FILING

_____Please take notice that the Defendants, City of Hartford, Robert Rudewicz, Mark Rudewicz and Michael Manzi have manually filed the following documents:

    1.    Exhibit A through Exhibit C of their Reply Brief.

These documents have not been filed electronically because the documents cannot be converted to an electronic format.

The documents have been manually served on all parties.

                                        RESPECTFULLY SUBMITTED,
                                        **DEFENDANTS, CITY OF HARTFORD, ROBERT RUDEWICZ, MARK RUDEWICZ AND MICHAEL MANZI**

                                By_____
                                     Jill Hartley
                                     Federal Bar CT 10570
                                     John P. Shea, Jr.
                                     Federal Bar CT 17433
                                     Lori Rittman Clark
                                     Federal Bar CT 19908
                                     Sabia & Hartley, LLC
                                     190 Trumbull Street, Suite 202
                                     Hartford, CT 06103
                                     Telephone: (860) 541-2077
                                     Facsimile: (860) 713-8944

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this 1st day of September, 2004 to James S. Brewer, Esq. and Erin O'Neil-Baker, Esq., Brewer & O'Neil, LLC, 818 Farmington Avenue, West Hartford, CT 06119.

_____
Lori Rittman Clark

E:\WPDOCS\City of Hartford\Cody\NtManualFiling9.1.04.wpd