UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
|     Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD, et al | | |
|     Defendants. | : | SEPTEMBER 7, 2004 |

**MOTION FOR PERMISSION TO SUPPLEMENT REPLY BRIEF**

    The Defendants, City of Hartford, Robert Rudewicz, Mark Rudewicz and Michael Manzi ("Defendants") respectfully move the Court for permission to supplement their Reply Brief in support of their Motion for Summary Judgment with the attached paragraph, which refers to exhibits that are already a part of the summary judgment record.  In support of this motion, the Defendants submit that this brief argument should have appeared in their Reply Brief but was inadvertently omitted.  Moreover, the Plaintiff will not be prejudiced by the Court's consideration of this argument, since it merely responds to an argument put forth by the Plaintiff and the Defendants' supplemental argument does not rely upon any exhibits that are not already part of the summary judgment record.

**NO ORAL ARGUMENT REQUESTED**

**DEFENDANTS, CITY OF HARTFORD,
ROBERT RUDEWICZ, MARK RUDEWICZ
AND MICHAEL MANZI**


By_____
       Jill Hartley
       Federal Bar CT 10570
       John P. Shea, Jr.
       Federal Bar CT 17433
       Lori Rittman Clark
       Federal Bar CT 19908
       Sabia & Hartley, LLC
       190 Trumbull Street, Suite 202
       Hartford, CT 06103
       Telephone: (860) 541-2077
       Facsimile: (860) 713-8944

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this 7th day of September, 2004 to James S. Brewer, Esq., and Erin I. O'Neil-Baker, Esq., 818 Farmington Avenue, West Hartford, CT 06119.

                                                                                                                       _____
                                                                                                                         Lori Rittman Clark

E:\WPDOCS\City of Hartford\Cody\motion.supp.sj.wpd