UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
|     Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD, et al | | |
|     Defendants. | : | SEPTEMBER 7, 2004 |

### SUPPLEMENT TO REPLY BRIEF

The Defendants submit, in further support of their Motion for Summary Judgment on the Plaintiff's discrimination claims brought pursuant to the Equal Protection Clause and the ADEA, that after the decision to transfer the Plaintiff was made, the first person to whom the CSO assignment was offered was Deborah Scates – a female officer in her 50's. See Plaintiff's Deposition at pp. 128-129, Exhibit "A" to Defendants' Local Rule 56(a)1 Statement; Arbitration Award at p. 5, Tab 4 to the Declaration of Colleen Kenton, Exhibit "C" to Defendants' Local Rule 56(a)1 Statement. It was only after Ms. Scates declined the CSO assignment that it was offered to Mark Castagna, the officer who eventually replaced the Plaintiff. For this additional reason, the Plaintiff cannot establish that her transfer occurred under circumstances supporting an inference of discrimination. The Court should therefore enter summary judgment in favor of the Defendants with respect to the Plaintiff's discrimination claims.

**DEFENDANTS, CITY OF HARTFORD,
ROBERT RUDEWICZ, MARK RUDEWICZ
AND MICHAEL MANZI**


By_____
       Jill Hartley
       Federal Bar CT 10570
       John P. Shea, Jr.
       Federal Bar CT 17433
       Lori Rittman Clark
       Federal Bar CT 19908
       Sabia & Hartley, LLC
       190 Trumbull Street, Suite 202
       Hartford, CT 06103
       Telephone: (860) 541-2077
       Facsimile: (860) 713-8944

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this 7th day of September, 2004 to James S. Brewer, Esq., and Erin I. O'Neil-Baker, Esq., 818 Farmington Avenue, West Hartford, CT 06119.

                                                                                        _____
                                                                                              Lori Rittman Clark

E:\WPDOCS\City of Hartford\Cody\sj.supp.wpd