UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ANN M. CODY,**<br>　　**PLAINTIFF,** | **CIVIL ACTION NO.**<br>**3:02CV1789(SRU)** |
| vs. | |
| **THE CITY OF HARTFORD, ET AL.,**<br>　　**DEFENDANTS.** | September 16, 2004 |

## MOTION FOR EXTENSION OF TIME

The plaintiff hereby moves for an extension of time to respond to the defendant's Motion to Strike. The current deadline to respond is September 22, 2004. On September 14, 2004, the undersigned was notified that on September 24, 2004, oral argument on seven Motions for Summary Judgment in the case of Russo v. Hartford, is scheduled. This oral argument requires an extensive and comprehensive review of thousands of pages of pleadings. The undersigned is not able to commit enough time to the opposition in the present case to properly oppose the defendants' Motion and therefore requests a thirty day extension until October 22, 2004, to file an opposition. This is the plaintiff's first request for an extension of time. The undersigned contacted Attorney Hartley for her position and she has no objection to this extension of time.

　　　　　　　　　　　PLAINTIFF

　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　Erin I. O'Neil
　　　　　　　　　　　　　Brewer & O'Neil, LLC
　　　　　　　　　　　　　818 Farmington Avenue
　　　　　　　　　　　　　West Hartford, CT 06119
　　　　　　　　　　　　　(860)523-4055
　　　　　　　　　　　　　Federal Bar #ct 23073

## **CERTIFICATION**

      This hereby certifies that a copy of the foregoing has been forwarded on September 16, 2004 to all counsel of record:

Jill Hartley
Lori Rittman Clark
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

 

                                                                                       _____
                                                                                       Erin I. O'Neil