UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN M. CODY, | : | CIVIL ACTION NO. |
|     PLAINTIFF, | : | 3:02CV1789(SRU) |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF HARTFORD, | : | |
|     DEFENDANTS. | : | October 21, 2004 |

### **APPEARANCE**

    Please enter the appearance of ERIN I. O'NEIL on behalf of the Plaintiff, in the above entitled matter.

                              PLAINTIFF,
                              ANN CODY

                        BY:_____
                              Erin I. O'Neil
                              Brewer & O'Neil, LLC
                              818 Farmington Avenue
                              West Hartford, CT 06119
                              Federal Bar #ct 23073
                              Tel.:    (860)523-4055
                              Fax:    (860) 233-4215
                              Email: erinoneilbaker@hotmail.com

## **CERTIFICATION**

      This is to certify that the foregoing has been sent, postage pre-paid, on October 21, 2004, to all counsel and pro se parties of record:

Jill Hartley
Lori Rittman Clark
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Clerk
United States District Court
915 Lafayette Blvd
Bridgeport, CT 06604

                                                                  _____

                                                                           Erin O'Neil