## CERTIFICATION

      This is to certify that the foregoing has been sent, postage pre-paid, on October 21, 2004, to all counsel and pro se parties of record:

Jill Hartley
Lori Rittman Clark
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

*/s/ O'Neil*

Erin I. O'Neil