UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY, | : | CIVIL ACTION NO. |
|     Plaintiff, | | 3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD, et al | | |
|     Defendants. | : | OCTOBER 26, 2004 |

### REPLY BRIEF

Pursuant to Local Rule 7(d), the Defendants submit this Reply Brief in further support of their Motion to Strike.

**I.   The Court Should Strike Exhibits 2, 3, 5, 6, 7, 8, 12, 13, 19, 20 And 21 To Plaintiff's Local Rule 56(a)2 Statement Because These Documents Have Not Been Properly Authenticated.**

Contrary to the Plaintiff's assertion, Exhibits 2, 3, 5, 6, 7, 8, 12, 13, 19, 20 and 21 to Plaintiff's Local 56(a)2 Statement have *not* been made exhibits to the Defendants' Motion for Summary Judgment. Opposition Brief, p. 3. As such, the Plaintiff cannot rely on the Defendants' authentication of these documents to correct her failure to properly authenticate them.

Moreover, the Plaintiff also argues that these exhibits were "presented at depositions, were made exhibits at depositions in this case and were authenticated at such time." Opposition Brief, p. 3. The Plaintiff has not, however, identified where any such exhibits were introduced or authenticated in any deposition transcript. The Plaintiff apparently seeks to have the Court

comb the record to locate the relevant deposition excerpts where such exhibits were purportedly authenticated.

Finally, the Plaintiff argues that "the majority of the exhibits were produced from the Defendants." Opposition Brief, p. 3. The Plaintiff does not, however, identify any of the exhibits to which she refers. Further, even if the Defendants produced through discovery one or more of the documents relied upon by the Plaintiff, this does not automatically authenticate such documents. These exhibits must still be authenticated by way of an affidavit or reference to deposition testimony, which the Plaintiff has not done.

> II. **The Court Should Strike Paragraphs 24, 26, 29, 31, 37 And 38 Of The Plaintiff's Response To Defendants' Statement Of Material Facts Not In Dispute And Paragraphs 45, 52, 53 And 66 Of The Plaintiff's Statement Of Material Facts In Dispute, Because Each of These Paragraphs Cite to Evidence Which Is Irrelevant, Since The Evidence Does Not Support The Facts Asserted.**

In her Opposition Brief, the Plaintiff makes a series of conclusory statements that the disputed paragraphs set forth above "are supported by the record." Opposition Brief, pp. 3-5. Even assuming that these paragraphs are supported – somewhere – by the record, which the Defendants do not concede, this of course misses the point. The Defendants' argument is that the evidence *cited by the Plaintiff as supporting the disputed paragraphs does not, in fact, support the statements asserted in the paragraphs.* For example, the Plaintiff contends that "Paragraph 24 indicates by way of an affidavit, that there was a loss of promotional opportunities available, this is supported by the record." Opposition Brief, p. 4. The affidavit

- 2 -

to which the Plaintiff refers, however, *makes no mention whatsoever regarding a loss of promotional activities.* The remaining disputed paragraphs suffer from similar shortcomings. As such, the disputed paragraphs are not supported by citations to evidence that is probative of the facts asserted.

### III.     Conclusion

For these reasons, as well as the reasons set forth in the Defendants' moving papers, the Court should grant the Defendants' Motion to Strike dated September 1, 2004 in its entirety.

**DEFENDANTS, CITY OF HARTFORD, ROBERT RUDEWICZ, MARK RUDEWICZ AND MICHAEL MANZI**

By_____
    Jill Hartley
    Federal Bar CT 10570
    Lori Rittman Clark
    Federal Bar CT 19908
    Sabia & Hartley, LLC
    190 Trumbull Street, Suite 202
    Hartford, CT 06103
    Telephone: (860) 541-2077
    Facsimile: (860) 713-8944

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, this 26th day of October, 2004 to James S. Brewer, Esq., and Erin I. O'Neil-Baker, Esq., 818 Farmington Avenue, West Hartford, CT 06119.

_____
Lori Rittman Clark

E:\WPDOCS\City of Hartford\Cody\reply.strike.wpd

- 4 -