UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN M. CODY | |
| v | 3:02CV1789 (SRU) |
| CITY OF HARTFORD<br>ROBERT RUDEWICZ<br>MARK RUDEWICZ<br>MICHAEL MANZI | |

J U D G M E N T

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and after a hearing held on October 29, 2004, the motion was granted in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 3rd day of November, 2004.

KEVIN F. ROWE, CLERK

By /s/ Alice Montz
        Deputy Clerk

EOD_____