2004 NOV 19 P 3: 05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY,<br>    Plaintiff, | : | CIVIL ACTION NO.<br>3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD, ET AL,<br>    Defendant. | : | NOVEMBER 18, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned respectfully moves the Court to withdraw her appearance on behalf of the Defendant, the City of Hartford ("Hartford"), in the above-captioned action. In support of this motion, the undersigned represents that, effective December 1, 2004, she will no longer be employed by Sabia & Hartley LLC. Moreover, three other attorneys employed by Sabia & Hartley LLC, John P. Shea, Jr., Michael G. Albano and Jill Hartley, have also appeared on behalf of Hartford and will continue to represent Hartford's interests in this matter.

A certified copy of this motion has been sent to Hartford in accordance with the requirements of Local Rule 7(e).

NO ORAL ARGUMENT REQUESTED

WHEREFORE, the undersigned respectfully moves the Court to grant her motion to withdraw her appearance on behalf of the Defendant, Hartford.

Lori Rittman Clark
Fed. Bar No. CT19908
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(860) 541-2077

## CERTIFICATION

I hereby certify that, on this 18th day of November, a copy of the foregoing was sent via certified mail to the City of Hartford c/o John Rose, Esq., Office of the Corporation Counsel, 550 Main Street, Hartford, CT 06103; and via U.S. Mail, first class, postage prepaid to:

James S. Brewer, Esq.
Erin I. O'Neil-Baker
818 Farmington Avenue
West Hartford, CT 06119

Lori Rittman Clark

E:\WPDOCS\City of Hartford\Cody\withdrawal.appearance.lc.wpd

- 3 -

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW

190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com