UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN CODY,<br>    Plaintiff, | : | CIVIL ACTION NO.<br>3:02CV1789(SRU) |
| | : | |
| v. | | |
| | : | |
| CITY OF HARTFORD, et al.<br>    Defendants. | : | NOVEMBER 26, 2004 |

### NOTICE OF APPEAL

The Plaintiff, Ann Cody, hereby files this Notice of Appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1), to the United States Court of Appeals for the Second Circuit from a final judgment. Specifically, the plaintiff appeals from the court's Order granting the defendants' Motion for Summary Judgment on November 1, 2004 and the entrance of Judgment in favor of the defendants against the plaintiff on November 3, 2004.

PLAINTIFF

BY: _____
Erin I. O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct 23073

## **CERTIFICATION**

      This hereby certifies that a copy of the foregoing has been forwarded on November 26, 2004, to all counsel of record:

Jill Hartley
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

                                                                Erin I. O'Neil