# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE: November 30, 2004         TO:   Intake Clerk

                                FROM: Tasha Simpson  203.579.5657

**FILED**
2004 DEC 20 P 1:01
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**CASE TITLE:**    Cody vs Hartford, et al

**DOCKET NO.:**    3:02 cv 1789 (SRU)

**NOTICE OF APPEAL:**   filed: November 29, 2004

**APPEAL FROM:**   final judgment: ✓

                   interlocutory: __

                   other: __

**DOCKET SHEET:**  Attorney, updated address & phone number for each party  Y

                   All parties are listed on Docket Sheet
                   (Including Third Parties)  Y

                   All docket entries and dates are included  Y

**FEE STATUS:**    Paid ✓     Due ____     N/A ____

                   IFP revoked ____     Application Attached ____

                   IFP pending before district judge ____

**COUNSEL:**       CJA ____     Retained ✓     Pro Se ____

**TIME STATUS:**   Timely ✓     Out of Time ____

**MOTION FOR
EXTENSION OF TIME:** Granted ____     Denied ____

**COA:**           Granted ____     Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _____ DATE: _____
        DEPUTY CLERK, USCA

USCA No. _____.