**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK, 10007

**MANDATE**

Roseann B. MacKechnie
CLERK

2005 APR 29 P 2: 49

U.S.

*FILED APR 0 5 2005 — Roseann B. MacKechnie, Clerk, SECOND CIRCUIT*

Date:              4/5/05
Docket Number:     04-6418-cv
Short Title:       Cody v. Hartford
DC Docket Number:  02-cv-1789
DC:                DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Stefan Underhil

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square in the City of New York, on the 5th day of April two thousand five.

Ann M. Cody,

   Plaintiff-Appellant,

v                               04-6418

City of Hartford, Robert Rudewicz, I/O Acting Chief, Htfd Police Dept., Mark Rudewicz, I/O Sgt Htfd Police Dept. and Michael Manzi, I/O Lt, Htfd Police Dept.,

   Defendants-Appellees.

A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is dismissed.

Very truly yours,
Roseann B. MacKechnie, Clerk

By: *[signature]*
Julius D. Crockwell
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
*[signature]*
DEPUTY CLERK

CERTIFIED: 4/5/05