UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN M. CODY, | : | CIVIL ACTION NO. |
|     PLAINTIFF, | : | 3:02CV1789(SRU) |
| | : | |
| vs. | : | |
| | : | |
| THE CITY OF HARTFORD, | : | |
|     DEFENDANTS. | : | April 29, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter. The plaintiff continues to be represented by James S. Brewer of Brewer & O'Neil, LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

PLAINTIFF,
ANN CODY

BY:_____
Erin I. O'Neil-Baker
Fed Bar No. ct 23073
41A New London Tpke
Glastonbury, CT  06033
(860) 466-4278
fax (860)-466-4279
erinoneilbaker@yahoo.com

## **CERTIFICATION**

      This is to certify that the foregoing has been sent via first class mail on April 29, 2005 to all counsel and pro se parties of record:

Jill Hartley
Lori Rittman Clark
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

                                                      Erin I. O'Neil-Baker